1  JOHN LATTIN (SBN 167876)
   JOHN LATTIN LAW
2  9110 Irvine Center Drive
   Irvine, California 92618
3  Telephone: 949.357.2544
   Email: *john@johnlattinlaw.com*
4
   JAMES R. PATTERSON (SBN 211102)
5  JENNIFER M. FRENCH (SBN 265422)
   PATTERSON LAW GROUP APC
6  1350 Columbia Street, Suite 603
   San Diego, California 921010
7  Telephone:   (619) 756-6690
   Facsimile:   (619) 756-6991
8  E-mail:  *jim@pattersonlawgroup.com*
            *jenn@pattersonlawgroup.com*
9
   Attorneys for Plaintiffs
10 ERIKA MUSSER and BROOKE BENNETT

11 MATTHEW E. FARMER (SBN 190484)
   LITTLER MENDELSON
12 1865 Jamboree Road, Suite 800
   Irvine, CA 92612
13 Telephone:  (559) 244-7500
   Facsimile:  (559) 244-7525
14 E-mail:  *mfarmer@littler.com*

15 Attorneys for Defendants
   CALIFORNIA DAIRIES, INC.
16
   [*Additional Counsel on next page*]
17
                     UNITED STATES DISTRICT COURT
18
              EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
19

20 | | |
|---|---|
| ERIKA MUSSER and BROOKE BENNETT, on behalf of themselves, | Case No. 1:20-cv-00899-AWI-SKO |
| Plaintiffs, | **STIPULATION AND ORDER TO TAKE JANUARY 7, 2021 SCHEDULING CONFERENCE OFF CALENDAR PENDING THE COMPLETION OF MEDIATION AND PRIVATE ARBITRATION** |
| v. | |
| CALIFORNIA DAIRIES, INC., a California Corporation; UNITED DAIRYMEN OF ARIZONA, an Arizona Corporation; KEITH MURFIELD, an individual and DOES 1 through 50, inclusive, | **(Doc. 19)** |
| Defendants. | |

28

1

STIPULATION AND ORDER TO TAKE SCHEDULING CONFERENCE
OFF CALENDAR                                                               *Musser, et al. v. CA Dairies, et al.*
                                                                           Case No.: 1:20-cv-00899-AWI-SKO

1  DOUGLAS M. EGBERT (SBN 265062)
   JACKSON LEWIS P.C.
2  400 Capitol Mall, Suite 1600
   Sacramento, CA  95814
3  Telephone:  (916) 341-0404
   Facsimile:  (916) 341-0141
4  E-mail:  *douglas.egbert@jacksonlewis.com*

5  Attorneys for Defendants
   UNITED DAIRYMEN OF ARIZONA and
6  KEITH MURFIELD

2

STIPULATION AND ORDER TO TAKE SCHEDULING CONFERENCE
OFF CALENDAR                                           *Musser, et al. v. CA Dairies, et al.*
                                                       Case No.:  1:20-cv-00899-AWI-SKO

Plaintiffs Erika Musser and Brooke Bennett, Defendant California Dairies, Inc. ("CDI"), Defendant United Dairymen of Arizona ("UDA"), and Defendant Keith Murfield ("Murfield"), by and through their respective counsel of record, submit this Stipulation and [Proposed] Order to Stay the January 7, 2021 Scheduling Conference Off Calendar ("Stipulation") and respectfully request the Court issue an Order consistent with this Stipulation.

WHEREAS, on September 3, 2020, the Court ordered the action stayed pending the Parties' completion of mediation and/or arbitration;

WHEREAS, the Court's September 3, 2020 Order requires the Parties to file a joint status report apprising the Court regarding the status of the matter within 30 days of completing mediation and/or arbitration;

WHEREAS, the Parties will mediate this matter on December 15, 2020 with respected mediator Vivien Williamson;

WHEREAS, should the matter not resolve at mediation, the Parties will separately arbitrate this matter (ECF No. 16);

WHEREAS, the Parties do not intend to institute any arbitration proceedings unless they are unable to resolve the matter at the December 15, 2020 mediation;

WHEREAS, after staying the action pending completion of mediation and/or arbitration, the Court issued a Minute Order setting a Scheduling Conference for January 7, 2021 (which means the Parties must submit a joint scheduling report by December 31, 2020, and must meet and confer regarding same by December 17, 2020 – just two days after the mediation);

WHEREAS, the Parties will not have completed arbitration by the January 7, 2021 Scheduling Conference;

WHEREAS, based on the foregoing, the Parties agree good cause exists to take the January 7, 2021 Scheduling Conference off calendar;

**IT IS HEREBY STIPULATED AND REQUESTED AS FOLLOWS:**

3

STIPULATION AND ORDER TO TAKE SCHEDULING CONFERENCE
OFF CALENDAR                                           *Musser, et al. v. CA Dairies, et al.*
                                                       Case No.: 1:20-cv-00899-AWI-SKO

1.  The January 7, 2021 Scheduling Conference is taken off calendar;

///

2.  Consistent with the Court's September 3, 2020 Order, within 30 calendar days of completing mediation and/or arbitration(s), the Parties shall jointly notify the Court regarding the conclusion of the matter.

Dated:  November 20, 2020         JOHN LATTIN LAW
                                  PATTERSON LAW GROUP, APC


                                  By: /s/ Jennifer M. French (as authorized on November 20, 2020)
                                          Jennifer M. French

                                  Attorneys for Plaintiffs
                                  ERIKA MUSSER and BROOKE BENNETT


Dated:  November 20, 2020                  LITTLER MENDELSON


                                  By: /s/ Matthew E. Farmer (as authorized on November 20, 2020)
                                          Matthew E. Farmer

                                  Attorneys for Defendant
                                  CALIFORNIA DAIRIES, INC.


Dated:  November 20, 2020         JACKSON LEWIS P.C.


                                  By: /s/ Douglas M. Egbert
                                          Douglas M. Egbert


                                  Attorneys for Defendants
                                  UNITED DAIRYMEN OF ARIZONA and
                                  KEITH MURFIELD

4
STIPULATION AND ORDER TO TAKE SCHEDULING CONFERENCE
OFF CALENDAR                                                *Musser, et al. v. CA Dairies, et al.*
                                                            Case No.: 1:20-cv-00899-AWI-SKO

**ORDER**

Upon review of the parties' above-Stipulation (Doc. 19) and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The January 7, 2021 Scheduling Conference is hereby VACATED;
2. Within 30 calendar days of completing mediation and/or arbitration(s), the Parties SHALL jointly notify the Court regarding the conclusion of the matter, at which time the Scheduling Conference will be re-set, if appropriate.

IT IS SO ORDERED.

Dated:  **November 24, 2020**           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE